# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PENNIE CHIARAMONTE | CIVIL ACTION |
| VERSUS | NO. 07-7440 |
| FIRST FINANCIAL INSURANCE COMPANY, CAHABA DISASTER RECOVERY, LLC, JOHN MOTT III, CHRISTOPHER PARHAM, JOYCE VAURIGAUD, SAFEWAY INSURANCE COMPANY, AND FIRST COLONY INSURANCE COMPANY | SECTION "N" (1) |

## ORDER AND REASONS

The Court has received correspondence from Plaintiff's counsel indicating that Plaintiff does not oppose the motion for summary judgment filed by Defendants Cahaba Disaster Recovery, LLC, and Colony Insurance Company (Rec. Doc. 36).[1] *See* Exhibit "A" attached hereto. Plaintiff likewise does not object to the request that a final judgment be entered relative to these defendants under Federal Rule of Civil Procedure 54(b).

Accordingly, **IT IS ORDERED** that the February 25, 2009 hearing, scheduled to be held with oral argument, is **CANCELLED. IT IS FURTHER ORDERED** that the motion for summary judgment (Rec. Doc. 36) is **GRANTED**, and that Plaintiff's claims against Defendants Cahaba Disaster Recovery, LLC, and Colony Insurance Company are **DISMISSED WITH**

---

[1]    Defendant Colony Insurance Company initially was incorrectly named as First Colony Insurance Company. Plaintiff's December 28, 2007 Amended Complaint corrected the error.

**PREJUDICE.**

Additionally, the Court finds that there is no just reason to delay entry of judgment with respect to Plaintiff's claims against Defendants Cahaba Disaster Recovery, LLC, and Colony Insurance Company. Thus, partial final judgment shall be entered, pursuant to Federal Rule of Civil Procedure 54(b) with respect to those claims.

New Orleans, Louisiana, this 17th day of February 2009.

Kurt D. Engelhardt
**United States District Judge**