UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PENNIE CHIARAMONTE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-7440** |
| **FIRST FINANCIAL INSURANCE COMPANY, CAHABA DISASTER RECOVERY, CAHABA DISASTER RECOVERY, LLC, JOHN MOTT III, CHRISTOPHER PARHAM, JOYCE VAURIGAUD, SAFEWAY INSURANCE COMPANY, AND FIRST COLONY INSURANCE COMPANY** | **SECTION "N" (1)** |

## ORDER AND REASONS

Presently before the Court is a motion to dismiss under Rule 12(b)(5) (Rec. Doc. 33), urged by Defendant Christopher Parham. To the extent that the motion seeks dismissal, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, of Plaintiff's claims against Parham, **IT IS ORDERED** that the motion is **DENIED**.[1]

Parham was served on June 18, 2008 (Rec. Doc. 29). Considering Parham's motion to dismiss and Plaintiff's July 21, 2008 opposition memorandum (Rec. Doc. 34), the Court is not

---

[1] By separate Order and Reasons, the Court has denied Parham's alternative request that this matter be stayed. *See* Rec. Docs. 33 and 41.

convinced that Plaintiff acted in bad faith or without due diligence in effecting that service in a timely fashion. Accordingly, the Court declines to dismiss Plaintiff's claims against Parham.

New Orleans, Louisiana, this 10th day of March 2009.

_____
**Kurt D. Engelhardt**
**United States District Judge**